**Order entered July 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00392-CV

### CAROL S. ABLON, ET AL., Appellants

### V.

### WILLIAM NEAL ABLON, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14902-I**

## ORDER

Before the Court is the parties' July 22, 2013 second agreed motion to abate this accelerated appeal pending settlement negotiations. We **GRANT** the parties' motion and **ABATE** the appeal for sixty days. The appeal will be reinstated when the Court receives a motion to dismiss or in sixty days from the date of this order, whichever occurs sooner.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE